IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01154-LTB-MEH

ROBERT RUSS,

    Plaintiff,

v.

DAVID WEAVER, Sheriff, in his official capacity,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 19, 2012.**

    The Joint Motion for Protective Order [filed September 18, 2012; docket #12] is **granted**. The proposed joint Protective Order is accepted and issued contemporaneously with this minute order.