**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-01154-LTB-MEH

ROBERT RUSS,

       Plaintiff,

v.

SHERIFF DAVID WEAVER, in his official capacity,

       Defendant.

_____

**ORDER**
_____

       THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 28 - filed January 31, 2013), and the Court being fully advised in the premises, it is therefore

       ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED: February 1, 2013